**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JASMINE TORO, on behalf of herself
and all others similarly situated,

               Plaintiffs,

      -against-

HUB HOBBY CENTER, INC.

             Defendant.

Case No.  1:22-cv-10880

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

  **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

      Dated:    Forest Hills, New York
                 April 18, 2023

                            Respectfully Submitted,

                            **/s/ Mars Khaimov**
By:    Mars Khaimov, Esq.
       108-26 64th avenue, Second Floor
       Forest Hills, New York 11375
       Tel (929) 324-0717
       Fax (929) 333-7774
       Email: mars@khaimovlaw.com
       *Attorney for Plaintiff*